William A. Romaine # 126966
*Law Office of William A. Romaine*
206 West Lacey Boulevard # 309
Hanford, California 93230

559 582 9360 (Telephone)
559 582 0350 (Telecopier)
war@lawromaine.com

Attorney for Relator

# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America, and Randy Yingling as Qui Tam Plaintiff,<br><br>Plaintiffs,<br><br>vs.<br><br>CCOF Certification Services, L.L.C., a California Limited Liability Company, Small Planet Foods, Inc., a Washington State Corporation, and General Mills, Inc., a Delaware Corporation,<br><br>Defendants. | Case Number: 1:10-CV-02155 LJO SMS<br><br>ORDER TO FILE FIRST AMENDED COMPLAINT UNDER SEAL<br><br>[31 U.S.C. § 3729, et.seq.] |

**ORDER TO FILE IN CAMERA AND UNDER SEAL**

Upon the request of relator Randy Yingling in the above-entitled matter on behalf of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED

That the application for sealing the First Amended Complaint and the First Amended Complaint in the above-entitled matter be filed in camera and under seal for one hundred and twenty days (120) days from the date of filing hereof.  A telephonic status conference will be held with Plaintiff's counsel, counsel for the United States of America and any other necessary individuals on Tuesday, January 22, 2013 at 10:00 a.m. to determine why Plaintiff has not served the complaint, to include discussion wether an order to show cause hearing should be set to determine if Plaintiff Randy Yingling is diligently prosecuting this action.

1  Counsel for Plaintiff Yingling is responsible for coordinating the joint telephonic conference
2  with the Court on 01/22/13.

4  IT IS SO ORDERED.

5  **Dated:**   September 16, 2012                       /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE