**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RANDY YINGLING, | CASE NO. CV F 10-2155 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 40.) |
| vs. | |
| CCOF CERTIFICATION SERVICE, LLC, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** February 4, 2013        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE